NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAWNDALE RESTORATION LIMITED PARTNERSHIP, BY AND THROUGH ITS GENERAL PARTNER, BOULEVARD REALTY SERVICES CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5043

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-798, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Lawndale Restoration Limited Partnership moves out of time for a 45-day extension of time, until August 22, 2011, to file its opening brief.

The court notes that the appeal was dismissed on July 28, 2011 for failure to file a brief. The opening brief was due on July 7, 2011.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

**AUG 2 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Christine A. Giovannelli, Esq.
Scott A. MacGriff, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 6 2011**

**JAN HORBALY**
**CLERK**